RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Anthony J. Borrelli, Esq. (aborrelli@riker.com)
Jordan D. Weinreich, Esq. (jweinreich@riker.com)
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

– and –

GIBSON, DUNN & CRUTCHER LLP
Eugene Scalia, Esq. *(pro hac vice)*
Thomas M. Johnson, Jr., Esq. *(pro hac vice)*
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500

Attorneys for Defendant
UBS Financial Services Inc.

| | |
|---|---|
| KIMBERLY PLASTERS, on behalf of herself and all others similarly situated,<br><br>                                  Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>                                  Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:14-cv-01659<br><br>Hon. William J. Martini, U.S.D.J.<br><br>Hon. Mark Falk, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Kimberly Plasters, on behalf of herself and all others similarly situated, and Defendant UBS Financial Services Inc., by and through its undersigned counsel, hereby stipulate and agree as follows:

(i)   Count Two of the Complaint, including, but not limited to, all claims, allegations and remedies related to 15 U.S.C. 1681b(b)(3), shall be and hereby is voluntarily dismissed WITH PREJUDICE;

(ii) Each party shall bear its own fees, costs and expenses, including attorney's fees, with respect to Count Two of the Complaint; and

(iii) Plaintiff does not dismiss Count One of the Complaint, and Defendant reserves all rights, claims, remedies and defenses with respect to Count One.

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | FRANCIS & MAILMAN, P.C. |
| -and- | *Attorneys for Plaintiff Kimberly Plasters, on behalf of herself and* |
| RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP | *all others similarly situated* |
| *Attorneys for Defendant* *UBS Financial Services Inc.* | |
| By: s/ Jordan D. Weinreich<br>      Jordan D. Weinreich, Esq. | By: s/ James A. Francis<br>      James A. Francis, Esq. |
| Dated:  May 30, 2014 | Dated:  May 30, 2014 |