```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY

------------------------------X
KIMBERLY PLASTERS, on behalf
of herself and other similarly
situated,

          Plaintiff,              2:14-cv-1659WJM

v.
                                  ORDER OF DISMISSAL
UBS FINANCIAL SERVICES, INC.

          Defendant.
------------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 3rd day of June, 2014

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

s/William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.